18907. MATHIS *et al. v.* SHAW.

BELL, J. Where two persons separately owning various articles of personalty sell them jointly for a lump sum, the sellers jointly own the debt against the buyer for the purchase-money and may bring a joint suit against him for its recovery. *Bank of Oglethorpe* v. *Brooks,* 33 *Ga. App.* 84 (7) (125 S. E. 600); Civil Code (1910), § 5516. Under the evidence, there was no error in directing the verdict in favor of the plaintiff.

*Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*

DECIDED NOVEMBER 17, 1928.

*M. B. Eubanks,* for plaintiff in error. *W. J. Nunnally,* contra.